### SMITH *v.* THE STATE.

JENKINS, Presiding Justice. This case falls clearly within the recognized rule that the Court of Appeals and not the Supreme Court has jurisdiction of cases "which involve mere application of unquestioned and unambiguous provisions of the Constitution to a given state of facts." *White* v. *State,* 196 *Ga.* 847, 849 (27 S. E. 2d, 695), and cases cited. This case is therefore

*Transferred to the Court of Appeals. All the Justices concur.*

No. 15540. SEPTEMBER 4, 1946.

*George G. Finch* and *W. R. Bentley,* for plaintiff in error.
*Lindley W. Camp, Solicitor, E. E. Andrews, Solicitor-General, Durwood T. Pye,* contra.